```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                           Case No. 07-cr-221-PB

**Jose Valera**

### O R D E R

The defendant, through counsel, has moved to continue the December 4, 2007 trial in the above case as he is currently facing a revocation proceeding in an underlying case which may ultimately be consolidated with this matter.  Counsel requests additional time to address both cases together and to prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 4, 2007 to January 8, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

      The November 26, 2007 final pretrial conference is continued to January 2, 2008 at 3:45 p.m.

      SO ORDERED.

                                            /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

November 21, 2007

cc:   Jonathan Saxe, Esq.
      Terry Ollila, AUSA
      United States Probation
      United States Marshal