```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                         Case No. 07-cr-221-PB

**Jose Valera**


**O R D E R**

The defendant, through counsel, has moved to continue the January 8, 2008 trial in the above case to allow additional time to negotiate a plea agreement or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from January 8, 2008 to May 6, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial

The January 2, 2008 final pretrial conference is continued to April 21 at 4:00 p.m.

Defendant's request to consolidate this case with 99-cr-090-SM will be addressed in a separate order.

SO ORDERED.

<u>/s/Paul Barbadoro</u>
Paul Barbadoro
United States District Judge

January 2, 2008

cc: Jonathan Saxe, Esq.
    Terry Ollila, AUSA
    United States Probation
    United States Marshal